UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ZARATE,<br><br>          Plaintiff,<br><br>     v.<br><br>GOLDMAN SACHS GROUP, INC., *et al.*,<br><br>          Defendants. | Case No. 2:25-cv-00379-FLA (AYPx)<br><br>**ORDER APPROVING STIPULATION TO DISMISS DEFENDANT GOLDMAN SACHS GROUP, INC. WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A) [DKT. 50]** |

1

On February 19, 2026, the parties filed a stipulation ("Stipulation") to dismiss Defendant Goldman Sachs Group, Inc. without prejudice pursuant to Fed. R. Civ. P. 41(a) with each party to bear its own costs and attorney's fees.  Dkt. 50.

The court, having considered the Stipulation and finding good cause therefor, hereby APPROVES the Stipulation and ORDERS as follows:

1.    Defendant Goldman Sachs Group, Inc. is DISMISSED without prejudice.

2.    Each party will bear its own costs and attorney's fees.

IT IS SO ORDERED.

Dated: February 20, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2